| | |
|---|---|
| **Subject** | [REMINDER] Re: CDL A Truck Driver - Jason Weller applied on Indeed |
| **From** | All My Sons Moving and Storage of SW Florida <jmcgeveran4_bhy@indeedemail.com> |
| **To:** | Jason Weller <jasonweller26@yahoo.com> |
| **Date** | Mar 26 at 10:55 AM |

**Reminder**: You have a message awaiting a response

Jason Weller

We have reviewed your resume for our CDL Driver position here at All My Sons Moving & Storage of Southwest Florida.

We are a family owned company that has been operating in Southwest Florida for 19 years. We are very interested in your resume and would like to speak with you. Please call us at 239-561-6300 ext. 300 and ask for Joe. He will be able to give you more details about the position and possibly schedule an in-person interview.

Thank you,
Linda Dubberly
All My Sons Moving & Storage of Southwest Florida, Inc.


**Please choose an option below**

Respond by replying directly to this email

I replied in a different way

This message doesn't require a response

No longer interested? Close your application for this job.
Opt in to SMS notifications for your applies here


indeed

This email is in response to a job application submitted on Indeed

Attachment: A

Dear Clerk of court, 4-1-2020

    Could you please file the Proof of Service with the court. And also the "Defendants' motion to modify conditions of supervised Release" to the correct case file and court office.

Respectfully

Jason E. Weller