IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

V.                        CASE NUMBER. 3:16-CR-00101-JDP-3

JASON WELLER,

    Defendant.

---

## PROOF OF SERVICE

---

    Pursuant to 28 U.S.C. Section 1746, I certify that on the _1st_ day of April, 2020, I mailed the enclosed "Weller's Motion to Modify Conditions of Supervised Release," via the United States Postal Service prepaid First-class Mail, to the below-referenced parties:

Office of the Clerk
United States District Court
120 North Henry Street, Room 320
Madison, Wisconsin 53703

Office of the United States Attorney
Suite 700
222 West Washington Avenue
Madison, Wisconsin 53703

                                                Jason E Weller, pro se
                                                          1102 Henry Ave
                                                LeHigh Acres, Florida 33972
                                                              407-821-2542
                                                jasonweller26@yahoo.com