**PRIORITY® MAIL ★**

**FLAT RATE ENVELOPE**
ONE RATE ★ ANY WEIGHT*

APPLY PRIORITY MAIL POSTAGE HERE



1006   53703

U.S. POSTAGE PAID
PM 2-Day
LEHIGH ACRES, FL
33936
APR 01 20
AMOUNT
**$7.75**
R2304E105524-52

Lehigh Acres, FL
33972

EXPECTED DELIVERY DAY: 04/03/20

**USPS TRACKING® NUMBER**



9505 5158 5418 0092 6676 35

* For international shipments, the maximum weight is

Office of the Clerk
United States District Court
120 North Henry Street, Room #320
Madison, WI 53703

EP14H July 2013 Outer Dimension: 10 x 5